

Sidney ADAMI, Jr., alias Sidney Adams,
Appellant, v. STATE of Texas, Appellee

(four cases).

Nos. 20750–20753.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

McLean & Daly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of robbery, and the waiver of a trial by jury, the court assessed his penalty at six years confinement in the penitentiary.

Since his appeal to this court was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted, and the appeal ordered dismissed.

Sidney ADAMI, Jr., alias Sidney Adams,
Appellant, v. STATE of Texas,
Appellee.

No. 20754.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

McLean & Daly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of burglary, and the waiver of a trial by jury, the court assessed his penalty at six years confinement in the penitentiary.

Since his appeal to this court was perfected, the appellant has filed a written request, verified by his affidavit, asking for the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

Sidney ADAMI, Jr., Alias Sidney Adams,
Appellant, v. The STATE of Texas,
Appellee.

No. 20755.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

McLean & Daly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of burglary, and the waiver of a trial by jury, the court assessed his penalty at six years confinement in the penitentiary.

The appellant has filed an affidavit to dismiss this appeal, duly verified as required by law. The motion is granted as prayed for and the appeal ordered dismissed.

Sidney ADAMI, Jr., Alias Sidney Adams,
Appellant, v. STATE of Texas,
Appellee (two cases).

Nos. 20756, 20757.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

McLean & Daly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of burglary, and the waiver of a trial by jury, the court assessed his penalty

at six years confinement in the penitentiary.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Sidney ADAMI, Jr., Alias Sidney Adams, Appellant, v. STATE of Texas, Appellee.

### No. 20758.

Court of Criminal Appeals of Texas.

Oct. 18, 1939.

McLean & Daly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES Judge.

Upon appellant's plea of guilty of the offense of theft, and the waiver of a trial by jury, the court assessed his penalty at six years confinement in the penitentiary.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Frank BEYER, Appellant, v. STATE of Texas, Appellee.

### No. 20565.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for cattle theft, punishment being two years in the penitentiary.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal, and at his request the same is ordered dismissed.

### Lester W. CONNACHER, Appellant, v. STATE of Texas, Appellee.

### No. 20767.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for aggravated assault, punishment being assessed at a fine of $25.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and at his request same is hereby dismissed.

### William Charles COURSEY, Appellant, v. STATE of Texas, Appellee.

### No. 20749.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

McConnell & Winters, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is driving an automobile on a public highway while intoxicated; the punishment, a fine of $50 and confinement in jail for five days.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.